*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HOLIFIELD, PENNIX, and STEWART
Appellate Military Judges

―――――――――――――

**UNITED STATES**
*Appellee*

**v.**

**Martin FRANCO, Jr.**
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

**No. 202100155**

―――――――――――――

Decided: 26 January 2022

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Andrea C. Goode

Sentence adjudged 19 April 2021 by a special court-martial convened at Marine Corps Base Camp Pendleton, California, consisting of a military judge sitting alone. Sentence approved by the convening authority: reduction to E-1, confinement for 10 months,[1] and a bad conduct discharge.

For Appellant:
*Commander C. Eric Roper, JAGC, USN*

―――――――――――――

[1] The military Judge credited Appellant with having served 52 days' pretrial confinement.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.